ORIGINAL

FILED

04/19/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0552

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## CAUSE NO. DA 21-0552

STEPHANIE KIPFINGER, BEN CUNNINGHAM, individually and as natural guardian and next friend of EVERETT CUNNINGHAM, a minor,

Plaintiffs and Appellants,

vs.

GREAT FALLS OBSTETRICAL & GYNECOLOGICAL ASSOCIATES, & JULIE KUYKENDALL,

Defendants and Appellees.

SUPREME COURT CAUSE No. <u>DA 21-0552</u>
DISTRICT COURT CAUSE No. <u>ADV-17-0699(b)</u>

## ORDER GRANTING EXTENSION OF TIME

FILED

APR 19 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

UPON REVIEW of *Appellees' Unopposed Motion to Extend Briefing Deadline* and with good cause being shown first,

IT IS HEREBY ORDERED that Appellees' Response Brief Deadline is Extended as follows:

- The Appellees' Response Brief Deadline presently set for the 24th day of April 2022 is hereby VACATED and RESET for the 28th day of June, 2022.
- Dated this 19 day of April, 2022.

_____
Chief Justice